**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:22–mj–01148 |
| § | |
| Samantha L. Mueting § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Counsel Determination Hearing
May 20, 2022 at 10:00 AM
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 19, 2022

Sam S. Sheldon
United States Magistrate Judge